ACCEPTED
05-14-01569-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/5/2015 4:18:42 PM
LISA MATZ
CLERK

## No. 05-14-01569-CV

# IN THE
# FIFTH COURT OF APPEALS
# DALLAS, TEXAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/5/2015 4:18:42 PM
LISA MATZ
Clerk

---

## IN THE INTEREST OF J.W.C., A CHILD

---

On Appeal from the 301st District Court
Of Dallas County, Texas
Cause No.   DF-13-17254-T

---

# APPELLANT'S MOTION FOR ADDITIONAL TIME TO FILE APPELLANT'S BRIEF and MOTION TO ACCEPT FILED BRIEF

---

**TO THE HONORABLE JUSTICES OF SAID COURT:**

COMES NOW APPELLANTS, James Cook and Shaunice Cook, who through their attorney of record, Jim G. Cobb, request additional time to file Appellant's Brief and request the Court to accept Appellant's brief that has been tendered to the Court.

In support thereof would show:

1.      Said Appellant's brief was due to be filed by February 19, 2015.

2.     Attorney for Appellant's had a death in his family on February 18, 2015 with a rapidly scheduled funeral in Tyler, Texas on February 20, 2015 which he attended.  On Monday, February 23, 2015, Appellant attorney's law office was closed due to bad weather (ice storm) and was also closed for part of the day on Tuesday, February 24, 2015 due to residual ice on the roads.

3.     Appellant's brief was filed on Thursday, February 26, 2015 making it one week late.

4.      Attorney for Appellants, Jim G. Cobb, and Appellants request the Court to grant an extension of time to file said brief and request the Court to accept the brief that was tendered to the Court on February 26, 2015.

### **PRAYER**

WHEREFORE, Appellant's, James Cook and Shaunice Cook, request an extension of time to file brief and request the Court to accept the brief that has tendered to the Court.

Respectfully submitted,


Jim G. Cobb

Appellant's Motion for Additional Time – page 3

LAW OFFICE OF JIM G. COBB
701 Commerce
Suite 200
Dallas, TX   75202
Tel: 214-752-0229
Facsimile: 214-752-5257
Email:   adijimboy@aol.com

*/S/   Jim G. Cobb*_____
 By:    Jim G. Cobb
 SBN: 04443500

**ATTORNEY FOR JAMES COOK, APPELLANT**
**ATTORNEY FOR SHAUNICE COOK, APPELLANT**

## CERTIFICATE OF CONFERENCE

I hereby certify that I attempted to confer with the counsel for the other parties regarding whether they opposed the relief requested in this motion by email on Thursday, March 5, 2015.   I also certify that earlier I spoke with Sylvia Cantu, Assistant District Attorney,  and she had no objections.   Glyne Worrell has not responded as of the date of the filed on this motion.

*/S/   Jim G. Cobb*_____
 By:    Jim G. Cobb

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above was served on Counsel for the Appellee and the Guardian ad Litem in accordance with 9.5 of the Texas Rules of Appellant Procedure in the manner indicated below on March 5, 2015.

VIA FACSIMILE 214-653-6615
AND EMAIL:   Sylvia.cantu@dallascounty.org
Assistant District Attorney
SYLVIA A. CANTU
133 N. Riverfront Blvd. #19
Dallas, TX   75207
TEL:   214-698-2285
FAX:   214-653-6615

VIA FACSIMILE 214-540-4945
AND EMAIL:   gworrell@theworrelllawfirm.com
Guardian ad Litem/Attorney ad Litem for the child
GLYNE D. WORRELL
4144 N. Central, Suite 230
Dallas, Texas   75204
TEL:   314-540-5950
FAX:   214-540-4945


/S/   Jim G. Cobb_____
By:    Jim G. Cobb